# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM CORBIN, III,<br><br>        Petitioner,<br><br>        v.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE, ET AL.,<br><br>        Respondent. | Case No. CV 15-3940-ODW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition for Writ of Habeas Corpus is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED:  August 31, 2015

                                        OTIS D. WRIGHT, II
                                   UNITED STATES DISTRICT JUDGE