# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM CORBIN, III, | Case No. CV 15-3940-ODW (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| CALIFORNIA DEPARTMENT OF JUSTICE, et al., | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED:  August 31, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE